IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-13-MR-DCK

| | |
|---|---|
| J&H MACHINE TOOLS, INC. and MORI SEIKI USA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| KAYDON RING & SEAL, INC., | ) ) |
| Defendant. | ) ) |

This matter came before the Court on the motion of Christopher Shaw Williams of the firm Calfee, Halter & Griswold LLP, attorney for Kaydon Ring & Seal, Inc., for admission *pro hac vice* filed with this Court in the above matter.

The Court finds that movant is a member in good standing of the State Bar of Ohio.

IT IS THEREFORE ORDERED that the motion for admission *pro hac vice* is **GRANTED**.

Signed: February 13, 2009

David C. Keesler
United States Magistrate Judge