IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-13-MR-DCK

| J&H MACHINE TOOLS, INC. and MORI SEIKI USA, INC., | ) ) |  |
|---|---|---|
| Plaintiffs, | ) ) |  |
| v. | ) ) | **ORDER** |
| KAYDON RING & SEAL, INC., | ) ) |  |
| Defendant. | ) ) |  |

This matter came before the Court on the motion of Molly Anne Drake of the firm Calfee, Halter & Griswold LLP, attorney for Kaydon Ring & Seal, Inc., for admission *pro hac vice* filed with this Court in the above matter. The Court notes that attorney Jason B. James of the Mecklenburg County Bar is serving as local counsel in this matter.

IT IS THEREFORE ORDERED that the motion for admission *pro hac vice* is **GRANTED**.

Signed: March 24, 2009

David C. Keesler
United States Magistrate Judge